UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>  Plaintiff,<br><br>v.<br><br>MICHAEL BLACK,<br><br>  Defendant. | Case No. 1:18-cv-00027<br><br>District Judge<br>Magistrate Judge |

# COMPLAINT

With the authorization of the Secretary of the Treasury and at the direction of the Attorney General, both under 26 U.S.C. § 7401, the United States brings this civil action for a judgment finding MICHAEL BLACK liable for certain internal revenue taxes, plus penalties and statutory additions. Specifically, the United States alleges as follows:

### Subject Matter Jurisdiction

1. Jurisdiction over this action is conferred upon the United States District Court by 28 U.S.C. §§ 1331, 1340, 1345 and 26 U.S.C. §§ 7402.

### Venue

2. Venue is proper under 28 U.S.C. §§ 1391(b), 1396 because, inter alia, MICHAEL BLACK resides in Fort Wayne, Indiana.

### Facts

3. During the years 2005 through 2010, MICHAEL BLACK, SSN XXX-XX-8890, owned and operated a company that manufactured and sold hot-tub spas and spa accessories.

4. MICHAEL BLACK operated his manufacturing concern through an Indiana Limited Liability Company, Three Rivers Spas, LLC, EIN XX-XXX5458.

5. Three Rivers Spas, LLC, came into existence on April 20, 2005, when the Indiana Secretary of State received the Articles of Organization.  The registered agent and the registered office address for Three Rivers Spas, LLC, was Michael W. Black, 9010 Olmston Court, Fort Wayne, Indiana 46825.

6. Three Rivers Spas, LLC, had one owner-member, and that was MICHAEL BLACK.

7. Three Rivers Spas, LLC, was administratively dissolved by the Indiana Secretary of State effective November 13, 2008.

8. For federal tax purposes, a single-member limited liability company is a "disregarded entity" unless it affirmatively elects to be treated as a corporation by filing an IRS Form 8332, which is entitled "Entity Classification Election."  Three Rivers Spas, LLC, was a disregarded entity because it did not elect corporation status.

9. The payroll tax liability on wages paid to employees of a disregarded entity prior to January 1, 2009, is imposed upon the entity owner, not the entity.

## Assessments

10. Pursuant to 26 U.S.C. §§ 6201, 6203, a delegate of the Secretary of the Treasury assessed the 941 Tax[1] liabilities in the following table, pertaining to employees

---

[1] The phrase "941 Tax" refers to the taxes reported on IRS Form 941, "Employer's Quarterly Federal Tax Return."  *See, e.g.,* I.R.C. §§ 3102, 3402, 6672; Treas. Reg. §§ 31.6302-1, 31.6011(a)-1.  They consist of the amounts withheld from employee paychecks for their anticipated income tax liability, the amounts withheld from employee paychecks for their portion of the tax imposed by the Federal Insurance Contributions Act ("FICA"), and the employer portion of the tax imposed by the Federal Insurance Contributions Act.  *Id.*

of Three Rivers Spas LLC, on account of which a balance remains as of January 31, 2018, including interest and other statutory additions, totaling $28,903.08:

| 941 TAX FOR QUARTER ENDING MARCH 31, 2007 | | |
|---|---|---|
| Assessment Date | Assessment Type | Assessment Amount |
| 07-09-07 | Tax per return. | $13,314.54 |
| 7-09-07 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $1,331.45 |
| 07-09-07 | Penalty for failure to timely file return.  I.R.C. § 6651(a)(1). | $1,198.31 |
| 07-09-07 | Penalty for failure to pay tax per return.  I.R.C. § 6651(a)(2)-(3). | $199.72 |
| 08-13-07 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $665.73 |
| 07-06-09 | Penalty for failure to pay tax per return.  I.R.C. § 6651(a)(2)-(3). | $3,074.89 |

11. Pursuant to 26 U.S.C. §§ 6201, 6203, a delegate of the Secretary of the Treasury assessed the 940 Tax[2] liabilities in the following table, pertaining to employees of Three Rivers Spas LLC, on account of which a balance remains as of January 31, 2018, including interest and other statutory additions, totaling $12,211.54:

| 940 TAX FOR YEAR ENDING DECEMBER 31, 2006 | | |
|---|---|---|
| Assessment Date | Assessment Type | Assessment Amount |
| 07-09-07 | Tax per return. | $642.03 |
| 07-09-07 | Penalty for failure to timely file return.  I.R.C. § 6651(a)(1). | $144.46 |

---

[2] The phrase "940 Tax" refers to the tax imposed on employers by the Federal Unemployment Compensation Act ("FUTA"), which must be reported each year by filing an IRS Form 940, "Employer's Annual Federal Unemployment Tax Return."  *See, e.g.,* I.R.C. §§ 3301-3311, Treas. Reg. §§ 31.3301-1 to 31.3301-4, 31.6011(a)-3.

| 940 TAX FOR YEAR ENDING DECEMBER 31, 2006 | | |
|---|---|---|
| Assessment Date | Assessment Type | Assessment Amount |
| 7-09-07 | Penalty for failure to pay tax per return. I.R.C. § 6651(a)(2)-(3). | $19.26 |
| 03-09-09 | Additional tax per audit. | $4,333.73 |
| 03-09-09 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $433.37 |
| 03-09-09 | Penalty for failure to timely file return. I.R.C. § 6651(a)(1). | $1,083.43 |
| 5-04-09 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $216.69 |
| 07-06-09 | Penalty for failure to pay tax per return. I.R.C. § 6651(a)(2)-(3). | $314.60 |

12. Effective May 7, 2008, MICHAEL BLACK made an offer in compromise to the IRS regarding the foregoing tax liabilities.  The IRS rejected this offer in compromise effective July 17, 2008.

13. Effective August 15, 2008, MICHAEL BLACK made an offer in compromise to the IRS regarding the foregoing tax liabilities.  The IRS rejected this offer in compromise effective November 6, 2008.

14. As to each assessment itemized above, a delegate of the Secretary of the Treasury gave MICHAEL BLACK a notice and demand for payment in accord with 26 U.S.C. § 6303.

15. MICHAEL BLACK remains indebted to the United States for the federal tax liabilities itemized above in the amount of $41,114.62, plus interest and other statutory additions accruing on and after February 1, 2018:

| Tax Type | Period | Balance |
|---|---|---|
| 941 | Quarter Ending March 31, 2007 | $28,903.08 |
| 940 | Year Ending 12-31-06 | $12,211.54 |
| | **Total** | **$41,114.62** |

16. Pursuant to 26 U.S.C. §§ 7402, the United States is entitled to a judgment finding MICHAEL BLACK liable for the debts itemized above, plus interest and other statutory additions accruing on and after February 1, 2018.

WHEREFORE, the United States requests judgment as follows:

A. Finding that MICHAEL BLACK is liable to the United States for internal revenue taxes, penalties, and statutory additions in the amount of $41,114.62, plus statutory additions accruing on and after February 1, 2018, including interest under 26 U.S.C. §§ 6606, 6621, 6622, and 28 U.S.C. § 1961(c).

B. Finding that the United States has a valid and subsisting tax lien on all property and rights to property belonging to MICHAEL BLACK to the extent of MR. BLACK'S tax liabilities to the United States.

C. Awarding the United States the costs it incurs for this action.

D.     Awarding the United States such other relief as this Court deems just and proper.

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Atty. General
Tuesday, February 6, 2018          Tax Division U.S. Dept. of Justice

*Local Counsel:*

/s/ L. Steven Schifano
THOMAS L. KIRSCH II          _____
United States Attorney          L. Steven Schifano, Trial Attorney
U.S. Department of Justice Tax Division
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
(202) 307-6575 Phone
(202) 514-5238 Fax
l.steven.schifano@usdoj.gov
Wisconsin Bar # 1019644
Counsel for the United States

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States

**DEFENDANTS**
Michael Black

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Allen County
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Steven Schifano, U.S. Dept. of Justice, Tax Division, 555 4th Street N.W., Washington DC 20001, (202) 307-6575.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  |  | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander |  | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability |  | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability |  | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability |  | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
|  |  |  |  | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** / ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise |  | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
|  |  | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
|  |  | ☐ 791 Employee Retirement Income Security Act |  | ☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** |  | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** |  | ☒ 870 Taxes (U.S. Plaintiff or Defendant) |  |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence |  |  |  |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** |  |  |
| ☐ 290 All Other Real Property |  | ☐ 462 Naturalization Application |  |  |
|  | ☐ 446 Amer. w/Disabilities - Other / **Other:** | ☐ 465 Other Immigration Actions |  |  |
|  | ☐ 448 Education / ☐ 540 Mandamus & Other |  |  |  |
|  | ☐ 550 Civil Rights |  |  |  |
|  | ☐ 555 Prison Condition |  |  |  |
|  | ☐ 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
26 U.S.C. § 7401
Brief description of cause:
Action to collect federal tax liabilities.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
**DEMAND $** 41,000.00
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 02/06/2018
SIGNATURE OF ATTORNEY OF RECORD: /s/ L. Steven Schifano

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

**INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44**

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.
  **(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)
  **(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerk(s) in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.** **Origin.** Place an "X" in one of the six boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.