UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>          Plaintiff,<br><br>    v.<br><br>MICHAEL BLACK,<br><br>        Defendant. | Case No. 1:18-cv-00027-WCL-PRC<br><br>District Judge William C. Lee<br>Magistrate Judge Paul R. Cherry |

---

**AMENDED COMPLAINT**

---

With the authorization of the Secretary of the Treasury and at the direction of the Attorney General, both under 26 U.S.C. § 7401, the United States brings this civil action for a judgment finding MICHAEL BLACK liable for certain internal revenue taxes, plus penalties and statutory additions.  Specifically, the United States alleges as follows:

### Subject Matter Jurisdiction

1.    Jurisdiction over this action is conferred upon the United States District Court by 28 U.S.C. §§ 1331, 1340, 1345 and 26 U.S.C. §§ 7402.

### Venue

2.    Venue is proper under 28 U.S.C. §§ 1391(b), 1396 because, inter alia, MICHAEL BLACK resides in Fort Wayne, Indiana.

### Facts

3.    During the years 2005 through 2010, MICHAEL BLACK, SSN XXX-XX-8890, owned and operated a company that manufactured and sold hot-tub spas and spa accessories.

4.     MICHAEL BLACK initially operated his manufacturing concern through an Indiana Limited Liability Company, Three Rivers Spas LLC, EIN XX-XXX5458.

5.     Three Rivers Spas LLC came into existence on April 20, 2005, when the Indiana Secretary of State received the Articles of Organization.  The registered agent and the registered office address for Three Rivers Spas LLC was Michael W. Black, 9010 Olmston Court, Fort Wayne, Indiana 46825.

6.     Three Rivers Spas LLC had one owner-member, MICHAEL BLACK.

7.     The Indiana Secretary of State administratively dissolved Three Rivers Spas LLC effective November 13, 2008.  Despite this dissolution, MICHAEL BLACK continued to present his business as a limited liability company, and he continued operating under the name Three Rivers Spas LLC.

## COUNT I: 941 ASSESSMENTS DISREGARDED ENTITY

8.     Pursuant to 26 U.S.C. §§ 6201, 6203, a delegate of the Secretary of the Treasury assessed the 941 Tax[1] liabilities in the following table, pertaining to employees of Three Rivers Spas LLC, on account of which a balance remains as of January 31, 2018, including interest and other statutory additions, totaling $22,526.86:

| 941 TAX FOR QUARTER ENDING SEPTEMBER 30, 2006 | | |
| --- | --- | --- |
| Assessment Date | Assessment Type | Assessment Amount |
| 10-15-07 | Tax per return. | $11,611.73 |

---

[1] The phrase "941 Tax" refers to the taxes reported on IRS Form 941, "Employer's Quarterly Federal Tax Return."  *See, e.g.,* I.R.C. §§ 3102, 3401, 3402, 6672; Treas. Reg. §§ 31.6302-1, 31.6011(a)-1.  They consist of the amounts withheld from employee paychecks for their anticipated income tax liability, the amounts withheld from employee paychecks for their portion of the tax imposed by the Federal Insurance Contributions Act ("FICA"), and the employer portion of the tax imposed by the Federal Insurance Contributions Act.  *Id.*

| 941 TAX FOR QUARTER ENDING SEPTEMBER 30, 2006 | | |
|---|---|---|
| Assessment Date | Assessment Type | Assessment Amount |
| 10-15-07 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $1,161.17 |
| 10-15-07 | Penalty for failure to timely file return. I.R.C. § 6651(a)(1). | $2,612.64 |
| 10-15-07 | Penalty for failure to pay tax per return. I.R.C. § 6651(a)(2)-(3). | $761.52 |
| 11-19-07 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $424.35 |
| 07-06-09 | Penalty for failure to pay tax per return. I.R.C. § 6651(a)(2)-(3). | $1,485.24 |

9.      As to the 941 Tax liability for the quarter ending September 30, 2006, MICHAEL BLACK submitted to the IRS an Offer in Compromise, effective May 7, 2008, which the IRS rejected, effective July 17, 2008.

10.      As to the 941 Tax liability for the quarter ending September 30, 2006, MICHAEL BLACK submitted an Offer in Compromise to the IRS, effective August 15, 2008, which the IRS rejected, effective November 6, 2008.

11.      As to the 941 Tax liability for the quarter ending September 30, 2006, MICHAEL BLACK requested a collection-due-process hearing from the IRS, effective November 15, 2010, which IRS Appeals decided, effective January 19, 2012.

12.      Pursuant to 26 U.S.C. §§ 6201, 6203, a delegate of the Secretary of the Treasury assessed the 941 Tax liabilities in the following table, pertaining to employees of Three Rivers Spas LLC, on account of which a balance remains as of January 31, 2018, including interest and other statutory additions, totaling $28,903.08:

| 941 TAX FOR QUARTER ENDING MARCH 31, 2007 | | |
|---|---|---|
| Assessment Date | Assessment Type | Assessment Amount |
| 07-09-07 | Tax per return. | $13,314.54 |
| 7-09-07 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $1,331.45 |
| 07-09-07 | Penalty for failure to timely file return. I.R.C. § 6651(a)(1). | $1,198.31 |
| 07-09-07 | Penalty for failure to pay tax per return. I.R.C. § 6651(a)(2)-(3). | $199.72 |
| 08-13-07 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $665.73 |
| 07-06-09 | Penalty for failure to pay tax per return. I.R.C. § 6651(a)(2)-(3). | $3,074.89 |

13.     As to the 941 Tax liability for the quarter ending March 31, 2007, MICHAEL BLACK submitted an Offer in Compromise to the IRS, effective May 7, 2008, which the IRS rejected, effective July 17, 2008.

14.     As to the 941 Tax liability for the quarter ending March 31, 2007, MICHAEL BLACK submitted an Offer in Compromise, effective August 15, 2008, which the IRS rejected, effective November 6, 2008.

15.     Pursuant to 26 U.S.C. §§ 6201, 6203, a delegate of the Secretary of the Treasury assessed the 941 Tax liabilities in the following table, pertaining to employees of Three Rivers Spas LLC, on account of which a balance remains as of January 31, 2018, including interest and other statutory additions, totaling $9,038.27.

| 941 TAX FOR QUARTER ENDING June 30, 2007 | | |
|---|---|---|
| Assessment Date | Assessment Type | Assessment Amount |
| 08-27-07 | Tax per return. | $15,855.04 |

| 941 TAX FOR QUARTER ENDING June 30, 2007 | | |
|---|---|---|
| Assessment Date | Assessment Type | Assessment Amount |
| 08-27-07 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $575.95 |
| 08-27-07 | Penalty for failure to pay tax per return. I.R.C. § 6651(a)(2)-(3). | $53.92 |
| 10-01-07 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $225.15 |
| 07-06-09 | Penalty for failure to pay tax per return. I.R.C. § 6651(a)(2)-(3). | $968.16 |

16.    As to the 941 Tax liability for the quarter ending June 30, 2007, MICHAEL BLACK submitted an Offer in Compromise to the IRS, effective May 7, 2008, which the IRS rejected, effective July 17, 2008.

17.    As to the 941 Tax liability for the quarter ending June 30, 2007, MICHAEL BLACK submitted an Offer in Compromise to the IRS effective August 15, 2008, which the IRS rejected, effective November 6, 2008.

18.    As to the 941 Tax liability for the quarter ending June 30, 2007, MICHAEL BLACK requested a collection-due-process hearing from the IRS, effective November 15, 2010, which IRS Appeals decided, effective January 19, 2012.

19.    Pursuant to 26 U.S.C. §§ 6201, 6203, a delegate of the Secretary of the Treasury assessed the 941 Tax liabilities in the following table, pertaining to employees of Three Rivers Spas LLC, on account of which a balance remains as of January 31, 2018, including interest and other statutory additions, totaling $25,828.03:

| 941 TAX FOR QUARTER ENDING SEPTEMBER 30, 2008 | | |
|---|---|---|
| Assessment Date | Assessment Type | Assessment Amount |
| 07-05-10 | Tax per return. | $11,874.07 |
| 07-05-10 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $1,187.40 |
| 07-05-10 | Penalty for failure to timely file return. I.R.C. § 6651(a)(1). | $2,671.67 |
| 07-05-10 | Penalty for failure to pay tax per return. I.R.C. § 6651(a)(2)-(3). | $1,246.78 |
| 08-09-10 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $593.70 |

20.     Pursuant to 26 U.S.C. §§ 6201, 6203, a delegate of the Secretary of the Treasury assessed the 941 Tax liabilities in the following table, pertaining to employees of Three Rivers Spas LLC, on account of which a balance remains as of January 31, 2018, including interest and other statutory additions, totaling $28,709.42:

| 941 TAX FOR QUARTER ENDING DECEMBER 31, 2008 | | |
|---|---|---|
| Assessment Date | Assessment Type | Assessment Amount |
| 07-05-10 | Tax per return. | $13,373.64 |
| 07-05-10 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $1,337.24 |
| 07-05-10 | Penalty for failure to timely file return. I.R.C. § 6651(a)(1). | $3,009.07 |
| 07-05-10 | Penalty for failure to pay tax per return. I.R.C. § 6651(a)(2)-(3). | $1,203.63 |
| 08-09-10 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $668.63 |

21.     For federal tax purposes, a single-member limited liability company, like Three Rivers Spas LLC, is a "disregarded entity" unless it affirmatively elects to be treated

as a corporation by filing an IRS Form 8332, entitled "Entity Classification Election."  *See* T.D. 9356, 72 Fed. Reg. 45891 (August 16, 2007); Treas. Reg. § 301.7701-2; 7701-3. Three Rivers Spas LLC was a disregarded entity because it did not elect corporation status.

22.    For quarterly periods prior to January 1, 2009, the payroll tax liability on wages paid to employees of a disregarded entity was imposed upon the entity's owner as if the entity were a sole proprietorship.  *See* T.D. 9356, 72 Fed. Reg. 45891 (August 16, 2007); Treas. Reg. § 301.7701-2; 7701-3; I.R.C. §§ 3102, 3401, 3402, 6672; Treas. Reg. §§ 31.6302-1, 31.6011(a)-1.  As the statutory employer for the organization's employees, MICHAEL BLACK is personally liable for the 941 Tax referenced in above paragraphs 8 through 20.  *Id.*

23.    Effective November 13, 2008, when the Indiana Secretary of State dissolved Three Rivers Spas LLC, the organization became a sole proprietorship.  As the statutory employer for the organization's employees, MICHAEL BLACK is personally liable for the 941 Tax itemized in above paragraph 20.  *See, e.g.,* I.R.C. §§ 3102, 3401, 3402, 6672; Treas. Reg. §§ 31.6302-1, 31.6011(a)-1.

### COUNT II: 941 ASSESSMENTS SOLE PROPRIETORSHIP

24.    Pursuant to 26 U.S.C. §§ 6201**,** 6203, a delegate of the Secretary of the Treasury assessed the 941 Tax liabilities in the following table, pertaining to employees of Three Rivers Spas LLC, on account of which a balance remains as of January 31, 2018, including interest and other statutory additions, totaling $17,641.64:

| 941 TAX FOR QUARTER ENDING MARCH 31, 2009 | | |
|---|---|---|
| Assessment Date | Assessment Type | Assessment Amount |
| 07-05-10 | Tax per return. | $8,318.86 |
| 07-05-10 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $831.89 |
| 07-05-10 | Penalty for failure to timely file return. I.R.C. § 6651(a)(1). | $1,871.41 |
| 07-05-10 | Penalty for failure to pay tax per return. I.R.C. § 6651(a)(2)-(3). | $582.32 |
| 08-09-10 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $415.94 |

25.     Pursuant to 26 U.S.C. §§ 6201**,** 6203, a delegate of the Secretary of the Treasury assessed the 941 Tax liabilities in the following table, pertaining to employees of Three Rivers Spas LLC, on account of which a balance remains as of January 31, 2018, including interest and other statutory additions, totaling $11,666.98:

| 941 TAX FOR QUARTER ENDING JUNE 30, 2009 | | |
|---|---|---|
| Assessment Date | Assessment Type | Assessment Amount |
| 07-05-10 | Tax per return. | $11,884.80 |
| 07-05-10 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $1,188.48 |
| 07-05-10 | Penalty for failure to timely file return. I.R.C. § 6651(a)(1). | $1,155.33 |
| 07-05-10 | Penalty for failure to pay tax per return. I.R.C. § 6651(a)(2)-(3). | $308.09 |
| 08-09-10 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $256.74 |

26.     Pursuant to 26 U.S.C. §§ 6201**,** 6203, a delegate of the Secretary of the Treasury assessed the 941 Tax liabilities in the following table, pertaining to employees

of Three Rivers Spas LLC, on account of which a balance remains as of January 31, 2018, including interest and other statutory additions, totaling $10,584.21:

| 941 TAX FOR QUARTER ENDING SEPTEMBER 30, 2009 | | |
|---|---|---|
| Assessment Date | Assessment Type | Assessment Amount |
| 06-28-10 | Tax per return. | $10,280.87 |
| 06-28-10 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $1,028.04 |
| 06-28-10 | Penalty for failure to timely file return. I.R.C. § 6651(a)(1). | $2,313.20 |
| 06-28-10 | Penalty for failure to pay tax per return. I.R.C. § 6651(a)(2)-(3). | $180.93 |
| 08-02-10 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $185.02 |

27.    Pursuant to 26 U.S.C. §§ 6201, 6203, a delegate of the Secretary of the Treasury assessed the 941 Tax liabilities in the following table, pertaining to employees of Three Rivers Spas LLC, on account of which a balance remains as of January 31, 2018, including interest and other statutory additions, totaling $18,123.26:

| 941 TAX FOR QUARTER ENDING DECEMBER 31, 2009 | | |
|---|---|---|
| Assessment Date | Assessment Type | Assessment Amount |
| 07-05-10 | Tax per return. | $9,053.46 |
| 07-05-10 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $905.32 |
| 07-05-10 | Penalty for failure to timely file return. I.R.C. § 6651(a)(1). | $1,629.62 |
| 07-05-10 | Penalty for failure to pay tax per return. I.R.C. § 6651(a)(2)-(3). | $271.60 |
| 08-09-10 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $452.66 |

28.     Pursuant to 26 U.S.C. §§ 6201, 6203, a delegate of the Secretary of the Treasury assessed the 941 Tax liabilities in the following table, pertaining to employees of Three Rivers Spas LLC, on account of which a balance remains as of January 31, 2018, including interest and other statutory additions, totaling $9,407.78:

| 941 TAX FOR QUARTER ENDING MARCH 31, 2010 | | |
|---|---|---|
| Assessment Date | Assessment Type | Assessment Amount |
| 12-13-10 | Tax per return. | $4,574.86 |
| 12-13-10 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $457.47 |
| 12-13-10 | Penalty for failure to timely file return. I.R.C. § 6651(a)(1). | $1,029.34 |
| 12-13-10 | Penalty for failure to pay tax per return. I.R.C. § 6651(a)(2)-(3). | $182.99 |
| 01-31-11 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $228.74 |
| 11-07-11 | Penalty for failure to pay tax per return. I.R.C. § 6651(a)(2)-(3). | $251.62 |

29.     Pursuant to 26 U.S.C. §§ 6201, 6203, a delegate of the Secretary of the Treasury assessed the 941 Tax liabilities in the following table, pertaining to employees of Three Rivers Spas LLC, on account of which a balance remains as of January 31, 2018, including interest and other statutory additions, totaling $27,109.88:

| 941 TAX FOR QUARTER ENDING JUNE 30, 2010 | | |
|---|---|---|
| Assessment Date | Assessment Type | Assessment Amount |
| 12-13-10 | Tax per return. | $5,226.97 |
| 12-13-10 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $522.69 |
| 12-13-10 | Penalty for failure to timely file return. I.R.C. § 6651(a)(1). | $940.85 |

| 941 TAX FOR QUARTER ENDING JUNE 30, 2010 | | |
|---|---|---|
| Assessment Date | Assessment Type | Assessment Amount |
| 12-13-10 | Penalty for failure to pay tax per return. I.R.C. § 6651(a)(2)-(3). | $130.67 |
| 01-31-11 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $261.35 |
| 11-07-11 | Penalty for failure to pay tax per return. I.R.C. § 6651(a)(2)-(3). | $287.49 |
| 09-10-12 | Additional tax assessed. | $8,493.45 |
| 09-10-12 | Penalty for failure to timely file return. I.R.C. § 6651(a)(1). | $1,698.69 |
| 09-10-12 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $849.34 |
| 11-05-12 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $424.67 |

30.     Effective November 13, 2008, when the Indiana Secretary of State dissolved Three Rivers Spas LLC, the organization became a sole proprietorship.  As the statutory employer for the organization's employees, MICHAEL BLACK is personally liable for the 941 Tax referenced in above paragraphs 24 through 29.  *See, e.g.,* I.R.C. §§ 3102, 3401, 3402, 6672; Treas. Reg. §§ 31.6302-1, 31.6011(a)-1.

### COUNT III: 940 ASSESSMENTS

31.     Pursuant to 26 U.S.C. §§ 6201, 6203, a delegate of the Secretary of the Treasury assessed the 940 Tax[2] liabilities in the following table, pertaining to employees

---

[2] The phrase "940 Tax" refers to the tax imposed on employers by the Federal Unemployment Compensation Act ("FUTA"), which must be reported each year by filing an IRS Form 940, "Employer's Annual Federal Unemployment Tax Return."  *See, e.g.,* I.R.C. §§ 3301-3311, Treas. Reg. §§ 31.3301-1 to 31.3301-4, 31.6011(a)-3.

of Three Rivers Spas LLC, on account of which a balance remains as of January 31, 2018, including interest and other statutory additions, totaling $12,211.54:

| 940 TAX FOR YEAR ENDING DECEMBER 31, 2006 | | |
|---|---|---|
| Assessment Date | Assessment Type | Assessment Amount |
| 07-09-07 | Tax per return. | $642.03 |
| 07-09-07 | Penalty for failure to timely file return. I.R.C. § 6651(a)(1). | $144.46 |
| 7-09-07 | Penalty for failure to pay tax per return. I.R.C. § 6651(a)(2)-(3). | $19.26 |
| 03-09-09 | Additional tax per audit. | $4,333.73 |
| 03-09-09 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $433.37 |
| 03-09-09 | Penalty for failure to timely file return. I.R.C. § 6651(a)(1). | $1,083.43 |
| 5-04-09 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $216.69 |
| 07-06-09 | Penalty for failure to pay tax per return. I.R.C. § 6651(a)(2)-(3). | $314.60 |

32.     As to the 940 Tax liability for the year ending December 31, 2006, MICHAEL BLACK submitted an Offer in Compromise to the IRS, effective May 7, 2008, which the IRS rejected, effective July 17, 2008.

33.     As to the 940 Tax liability for the year ending December 31, 2006, MICHAEL BLACK submitted an Offer in Compromise to the IRS effective August 15, 2008, which the IRS rejected, effective November 6, 2008.

34.     Pursuant to 26 U.S.C. §§ 6201, 6203, a delegate of the Secretary of the Treasury assessed the 940 Tax liabilities in the following table, pertaining to employees

of Three Rivers Spas LLC, on account of which a balance remains as of January 31, 2018, including interest and other statutory additions, totaling $370.89:

| 940 TAX FOR YEAR ENDING DECEMBER 31, 2008 | | |
|---|---|---|
| Assessment Date | Assessment Type | Assessment Amount |
| 07-12-10 | Tax per return. | $784.00 |
| 07-12-10 | Penalty for failure to timely file return. I.R.C. § 6651(a)(1). | $176.40 |
| 07-12-10 | Penalty for failure to pay tax per return. I.R.C. § 6651(a)(2)-(3). | $58.80 |

35.    For federal tax purposes, a single-member limited liability company, like Three Rivers Spas LLC, is a "disregarded entity" unless it affirmatively elects to be treated as a corporation by filing an IRS Form 8332, entitled "Entity Classification Election."  *See* T.D. 9356, 72 Fed. Reg. 45891 (August 16, 2007); Treas. Reg. § 301.7701-2; 7701-3. Three Rivers Spas LLC was a disregarded entity because it did not elect corporation status.

36.    For periods prior to January 1, 2009, the payroll tax liability on wages paid to employees of a disregarded entity was imposed upon the entity's owner as if the entity were a sole proprietorship.  *See, e.g.,* T.D. 9356, 72 Fed. Reg. 45891 (August 16, 2007); Treas. Reg. § 301.7701-2; 7701-3; I.R.C. §§ 3301, 3306.  As the statutory employer for the organization's employees, MICHAEL BLACK is personally liable for the 940 Tax referenced in above paragraphs 31 through 34.  *Id.*

37.    Effective November 13, 2008, when the Indiana Secretary of State dissolved Three Rivers Spas LLC, the organization became a sole proprietorship.  As the

statutory employer for the organization's employees, MICHAEL BLACK is personally liable for the 941 Tax referenced in above paragraph 34.  *See, e.g.* I.R.C. §§ 3301, 3306.

### COUNT IV: 6672 ASSESSMENTS

38.    Pursuant to 26 U.S.C. §§ 6201, 6203, a delegate of the Secretary of the Treasury made assessments against MICHAEL BLACK for liability under 26 U.S.C. § 6672 as a responsible person who willfully failed to collect, truthfully account for, and pay over to the United States amounts withheld as payroll taxes, income tax[3] and FICA tax[4], from the employees of Three Rivers Spas LLC as indicated on the following table, and on account of which MR. BLACK remains indebted to the United States, including statutory additions, as of January 31, 2018, in the amount of $29,195.16:

| Quarter Ending | Assessment Date | Assessed Amount | Balance |
|---|---|---|---|
| 03-31-09 | 07-02-12 | $5,036.77 | $6,065.32 |
| 06-30-09 | 07-02-12 | $5,134.80 | $6,183.34 |
| 09-30-09 | 07-02-12 | $3,700.87 | $4,456.61 |
| 12-31-09 | 07-02-12 | $4,853.27 | $5,844.33 |
| 03-31-10 | 07-02-12 | $2,585.04 | $3,112.93 |
| 06-30-10 | 07-02-12 | $2,933.57 | $3,532.63 |
|  |  | Total | $29,195.16 |

### COUNT V: 6721 ASSESSMENT

---

[3] The phrase "income tax" refers to the tax imposed on individuals and other taxable entities based upon their income.  *See, e.g.,* 26 U.S.C. §§ 1-3, 61, Treas. Reg. §§ 1.6011-1, 1.6012-1, 1.6012-2, 1.6071-1, 1.6072-1, 1.6072-2.  .

[4] The phrase "FICA tax" refers to the tax on wages under the Federal Insurance Contributions Act ("FICA"), codified at I.R.C. §§ 3101-3128.

39.     Pursuant to 26 U.S.C. §§ 6201, 6203, a delegate of the Secretary of the Treasury assessed MICHAEL BLACK with a penalty under 26 U.S.C. § 6721 as a responsible person who failed to file information returns, W-2 Wage and Tax Statements, with the Social Security Administration, pertaining to employees of Three Rivers Spas LLC as indicated on the following table, on account of which a balance remains as of January 31, 2018, including interest and other statutory additions, totaling $27,229.14:

| 6721 PENALTY FOR YEAR ENDING DECEMBER 31, 2008 | | |
|---|---|---|
| Assessment Date | Assessment Type | Assessment Amount |
| 09-12-11 | Penalty for failure to file information returns. I.R.C. § 6721. | $22,037.07 |

40.     As to each assessment itemized above, a delegate of the Secretary of the Treasury gave MICHAEL BLACK a notice and demand for payment in accord with 26 U.S.C. § 6303.

41.     MICHAEL BLACK remains indebted to the United States for the federal tax liabilities itemized above in the amount of $278,546.14, plus interest and other statutory additions accruing on and after February 1, 2018:

| Tax Type | Period | Ending | Balance |
|---|---|---|---|
| 941 | Quarter | 09-30-06 | $22,526.86 |
| 941 | Quarter | 03-31-07 | $28,903.08 |
| 941 | Quarter | 06-30-07 | $9,038.27 |
| 941 | Quarter | 09-30-08 | $25,828.03 |
| 941 | Quarter | 12-31-08 | $28,709.42 |
| 941 | Quarter | 03-31-09 | $17,641.64 |
| 941 | Quarter | 06-30-09 | $11,666.98 |

| Tax Type | Period | Ending | Balance |
|---|---|---|---|
| 941 | Quarter | 09-30-09 | $10,584.21 |
| 941 | Quarter | 12-31-09 | $18,123.26 |
| 941 | Quarter | 03-31-10 | $9,407.78 |
| 941 | Quarter | 06-30-10 | $27,109.88 |
| 940 | Year | 12-31-06 | $12,211.54 |
| 940 | Year | 12-31-08 | $370.89 |
| 6672 | Quarter | 03-31-09 | $6,065.32 |
| 6672 | Quarter | 06-30-09 | $6,183.34 |
| 6672 | Quarter | 09-30-09 | $4,456.61 |
| 6672 | Quarter | 12-31-09 | $5,844.33 |
| 6672 | Quarter | 03-31-10 | $3,112.93 |
| 6672 | Quarter | 06-30-10 | $3,532.63 |
| 6721 | Year | 12-31-08 | $27,229.14 |
| | | **Total** | **$278,546.14** |

42.     Pursuant to 26 U.S.C. §§ 7402, the United States is entitled to a judgment finding MICHAEL BLACK liable for the debts itemized above, plus interest and other statutory additions accruing on and after February 1, 2018.

WHEREFORE, the United States requests judgment as follows:

A.     Finding that MICHAEL BLACK is liable to the United States for internal revenue taxes, penalties, and statutory additions in the amount of $278,546.14, plus statutory additions accruing on and after February 1, 2018, including interest under 26 U.S.C. §§ 6606, 6621, 6622, and 28 U.S.C. § 1961(c).

B.      Finding that the United States has a valid and subsisting tax lien on all property and rights to property belonging to MICHAEL BLACK to the extent of MR. BLACK'S tax liabilities to the United States.

C.      Awarding the United States the costs it incurs for this action.

D.      Awarding the United States such other relief as this Court deems just and proper.

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Atty. General
Thursday, May 3, 2018            Tax Division U.S. Dept. of Justice

*Local Counsel:*

/s/ L. Steven Schifano
THOMAS L. KIRSCH II             _____
United States Attorney          L. Steven Schifano, Trial Attorney
                                U.S. Department of Justice Tax Division
                                P.O. Box 55, Ben Franklin Station
                                Washington, D.C. 20044
                                (202) 307-6575 Phone
                                (202) 514-5238 Fax
                                l.steven.schifano@usdoj.gov
                                Wisconsin Bar # 1019644
                                Counsel for the United States

---
**CERTIFICATE OF SERVICE**

---

I certify that the AMENDED COMPLAINT has been served this date by depositing a copy in the United States mail, postage prepaid, for those identified below, addressed as follows:

> Michael Black
> 9010 Olmston Drive
> Fort Wayne, IN 46825-2268

Thursday, May 3, 2018

/s/ L. Steven Schifano

_____

L. Steven Schifano, Trial Attorney
U.S. Department of Justice Tax Division
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
(202) 307-6575 Phone
(202) 514-5238 Fax
l.steven.schifano@usdoj.gov
Wisconsin Bar # 1019644
Counsel for the United States