UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

UNITED STATES,

        Plaintiff,

     v.

MICHAEL BLACK,

        Defendant.

Case No. 1:18-cv-00027-WCL-PRC

District Judge William C. Lee
Magistrate Judge Paul R. Cherry

## STATUS REPORT

Although Michael Black has not filed an answer with the Clerk, he did mail some responsive correspondence to counsel for the United States, Steven Schifano, after being served with the pleadings in this action.  Since then, Mr. Black, who has been representing himself, and Attorney Schifano have been corresponding by telephone and electronic mail in an effort to settle this case.

The parties are close to resolving this case by stipulation.  The United States has shipped the closing documents to Michael Black for his review and signature.  The United States is expecting a response from Mr. Black on the proposed stipulation within the next 14 days.

Michael Black has recently contacted a lawyer for assistance, and this attorney, Michael Black, and Steven Schifano had a lengthy telephone conference about this case on October 12, 2018.  At this point, Mr. Black is still representing himself.  Whether Mr. Black will retain counsel is unknown at this time.

If Michael Black executes the proposed stipulation, the United States will file the relevant documents promptly.  If Mr. Black does not return the proposed stipulation to the United States by October 29, 2018, the United States will move for a case-management conference under Fed. R. Civ. P. 16.

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Atty. General
Tax Division U.S. Dept. of Justice

Monday, October 15, 2018

*Local Counsel:*

THOMAS L. KIRSCH II
United States Attorney

/s/ L. Steven Schifano
_____
L. Steven Schifano
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
(202) 307-6575 Phone
(202) 514-5238 Fax
L.Steven.Schifano@usdoj.gov
Wisconsin Bar # 1019644
Counsel for the United States

On this date, a paper copy of this document was served by U.S. Mail on Michael Black.