UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>   v.<br><br>MICHAEL BLACK,<br><br>        Defendant. | Case No. 1:18-cv-00027-WCL-PRC<br><br>District Judge William C. Lee<br>Magistrate Judge Paul R. Cherry |

**MOTION FOR RULE 16 CONFERENCE**

**MOTION**

The United States moves for a case-management conference under Fed. R. Civ. P. 16.

**GROUNDS**

Michael Black has not executed the stipulation resolving this case described in the government's recent status report, *ECF No. 7*. The United States will continue to explore settlement with Mr. Black, but a case-management conference will help this litigation move forward.

As explained in the government's status report, although Michael Black has not filed an answer or appearance with the Clerk, he did mail some responsive correspondence to counsel for the United States after being served with the pleadings in this action. Mr. Black has been representing himself, and government counsel has been corresponding with him at the following address, telephone, and email:

    Michael Black
    9010 Olmston Drive    (260) 413-5177
    Fort Wayne, IN 46825    MWB6373@gmail.com

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | RICHARD E. ZUCKERMAN<br>Principal Deputy Assistant Atty. General |
| Monday, October 29, 2018 | Tax Division U.S. Dept. of Justice |
| *Local Counsel:* | /s/ L. Steven Schifano |
| THOMAS L. KIRSCH II | _____ |
| United States Attorney | L. Steven Schifano<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 55, Ben Franklin Station<br>Washington, D.C. 20044<br>(202) 307-6575 Phone<br>(202) 514-5238 Fax<br>L.Steven.Schifano@usdoj.gov |
| On this date, this document was served by First-Class Mail on Michael Black. | Wisconsin Bar # 1019644<br>Counsel for the United States |