IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:18-cv-00027-WCL-SLC |
| ) | |
| v. ) | |
| ) | |
| MICHAEL BLACK, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Bradley A. Sarnell, Trial Attorney, Tax Division, United States Department of Justice, hereby enters his appearance as an attorney for Plaintiff United States of America in the above-captioned proceeding.

Dated: October 23, 2019

        Respectfully submitted,

        RICHARD E. ZUCKERMAN
        Principal Deputy Assistant Attorney General
        U.S. Department of Justice, Tax Division

        */s/ Bradley A. Sarnell*
        BRADLEY A. SARNELL
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 55
        Washington, D.C. 20044
        202-307-1038 (v)
        202-514-5238 (f)
        Bradley.A.Sarnell@usdoj.gov

## CERTIFICATE OF SERVICE

I, Bradley A. Sarnell, hereby certify that on October 23, 2019, I electronically filed the foregoing document via this Court's ECF system, which will send notice to all parties requesting notice through this Court's ECF system.

A copy of the foregoing document was also served upon the following non-registered CM/ECF participant, via First Class United States mail:

Michael Black
9010 Olmston Drive
Fort Wayne, IN 46825-2268

                                        */s/ Bradley A. Sarnell*
                                        BRADLEY A. SARNELL
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice