UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>            Plaintiff,<br><br>  v.<br><br>MICHAEL BLACK,<br><br>            Defendant. | Case No. 1:18-cv-00027-WCL-SLC<br><br>District Judge William C. Lee<br>Magistrate Judge Susan L. Collins |

### DECLARATION OF COUNSEL STEVEN SCHIFANO

1. I, Steven Schifano, am lead counsel for the United States in the above-captioned case, and as such, I am familiar with the government's litigation file for this matter and the events occurring in this case.

2. Attached at pages 2 through 7 are records pertaining to Three Rivers Spas LLC that I downloaded from the website maintained by the Indiana Secretary of State, Connie Lawson, at www.in.gov/sos/, on the dates indicated in the records.

3. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true.

                                              Respectfully submitted,

                                              /s/ L. Steven Schifano
                                              _____
                                              L. Steven Schifano
                                              Trial Attorney, Tax Division
                                              U.S. Department of Justice
                                              P.O. Box 55, Ben Franklin Station
                                              Washington, D.C. 20044
                                              (202) 307-6575 Phone
                                              (202) 514-5238 Fax
                                              L.Steven.Schifano@usdoj.gov
                                              Wisconsin Bar # 1019644
                                              Counsel for the United States

|  |  |
|--|--|
| | **BUSINESS INFORMATION**<br>CONNIE LAWSON<br>INDIANA SECRETARY OF STATE<br>02/02/2018 12:59 PM |

## Business Details

| | | | |
|--|--|--|--|
| Business Name: | **THREE RIVERS SPAS, LLC** | Business ID: | **2005042501029** |
| Entity Type: | **Domestic Limited Liability Company** | Business Status: | **Admin Dissolved** |
| Creation Date: | **04/20/2005** | Inactive Date: | **11/13/2008** |
| Principal Office Address: | **NONE** | Expiration Date: | **Perpetual** |
| Jurisdiction of Formation: | **Indiana** | Business Entity Report Due Date: | **04/30/2007** |
| | | Years Due: | **2007/2008, 2009/2010, 2011/2012, 2013/2014, 2015/2016, 2017/2018** |

## Registered Agent Information

| | |
|--|--|
| Type: | **Individual** |
| Name: | **MICHAEL W. BLACK** |
| Address: | **9010 OLMSTON COURT, FORT WAYNE, IN, 46825, USA** |

# State of Indiana
# Office of the Secretary of State

## Certified Copies

To Whom These Presents Come, Greeting:

I, CONNIE LAWSON, Secretary of State of Indiana, do hereby certify that I am, by virtue of the laws of the State of Indiana, the custodian of the corporate records and the proper official to execute this certificate.

I further certify that this is a true and complete copy of this 4 page document consisting of the following records filed in this office:

Certification Date: December 24, 2019
Business Name: THREE RIVERS SPAS, LLC
Business ID: 2005042501029

| Transaction | Date Filed | No. of pages |
|---|---|---|
| Articles of Organization | 04/20/2005 | 3 |
| Administrative Dissolution | 11/13/2008 | 1 |
| | Total No. of pages | 4 |



In Witness Whereof, I have caused to be affixed my signature and the seal of the State of Indiana, at the City of Indianapolis, December 24, 2019



CONNIE LAWSON
SECRETARY OF STATE

2005042501029 / 12400817
All certificates should be validated here: https://bsd.sos.in.gov/ValidateCertificate
**Expires on January 23, 2020.**

## State of Indiana
## Office of the Secretary of State

### CERTIFICATE OF ORGANIZATION

of

### THREE RIVERS SPAS, LLC

I, TODD ROKITA, Secretary of State of Indiana, hereby certify that Articles of Organization of the above Domestic Limited Liability Company (LLC) have been presented to me at my office, accompanied by the fees prescribed by law and that the documentation presented conforms to law as prescribed by the provisions of the Indiana Business Flexibility Act.

NOW, THEREFORE, with this document I certify that said transaction will become effective Wednesday, April 20, 2005.



In Witness Whereof, I have caused to be affixed my signature and the seal of the State of Indiana, at the City of Indianapolis, April 20, 2005.

TODD ROKITA,
SECRETARY OF STATE

2005042501029  200504257119

Page 2 Of 5

CertificateID:12400817

200504250/029

## ARTICLES OF ORGANIZATION

## OF

## THREE RIVERS SPAS, LLC

RECEIVED
APR 2 0 2005

On this /?4 day of April, 2005, the undersigned, desiring to form a limited liability company (the "Company") pursuant to the provisions of the Indiana Business Flexibility Act, as amended (the "Act"), executes the following Articles of Organization:

### ARTICLE I

### Name

The name of the Company is "Three Rivers Spas, LLC."

04-20-05

### ARTICLE II

### Purposes and Powers

The Company is formed for the principal purpose of engaging in the development and operation of spas and related businesses. In addition, this Company may undertake any other lawful act or engage in any other business or venture permitted under the Act which may from time to time be approved by the unanimous vote of the Members.

### ARTICLE III

### Period of Existence

The period of existence of the Company is perpetual until dissolution of the Company in accordance with the provisions of its Operating Agreement or the Act.

### ARTICLE IV

### Registered Agent and Registered Office

The Company's registered agent and registered office address is Michael W. Black, 9010 Olmston Court, Fort Wayne, Indiana 46825.

### ARTICLE V

### Operating Agreement

Any operating agreement of the Company must be in writing.

## ARTICLE VI

### Management

The Company shall be managed by its Manager(s); <u>provided</u>, <u>however</u>, that if there is more than one Manager, only the approval of a majority in interest of the Managers, in accordance with the procedures prescribed in the Operating Agreement, can authorize an action or decision made with regard to the management of the business and affairs of the Company. If there is more than one Manager, no Manager, acting alone, shall be an agent of the Company, and no action by a Manager, acting alone, shall bind the Company, unless such Manager so acting has been duly authorized by a majority in interest of the Managers.

*[signature]*
Robert E. Doelling, Jr.,
Organizer

2

# INDIANA SECRETARY OF STATE

## SYSTEM GENERATED
## ADMINISTRATIVE DISSOLUTION/REVOCATION

Pursuant to the provisions set forth in Indiana Code Title 23
the entity has been Administratively Dissolved or
the Certificate of Authority revoked.

A certified copy of this document authenticates the date of
the Administrative Dissolution/Revocation