UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>            Plaintiff,<br><br>v.<br><br>MICHAEL BLACK,<br><br>            Defendant. | Case No. 1:18-cv-00027-WCL-SLC<br><br>District Judge William C. Lee<br>Magistrate Judge Susan L. Collins |

**STATEMENT OF MATERIAL FACTS SUPPORTING SUMMARY JUDGMENT**

### INTRODUCTION

The United States presents this statement of undisputed material facts in support of its motion for summary judgment.

### FACTS

#### THREE RIVERS SPAS

1. In 2005, Michael Black, SSN XXX-XX-8890, launched a company called Three Rivers Spas, EIN XX-XXX5458. *Declaration of Counsel Steven Schifano (hereinafter "Schifano Declaration") at pp. 2-7; Declaration of Advisor Shane Murray (hereinafter "Murray Declaration") at pp. 189-196.*

2. Three Rivers Spas manufactured and sold hot-tub spas and spa accessories. *Ibid.*

3. Michael Black was the sole owner of Three Rivers Spas. *Ibid.*

4. When he started the company, Michael Black operated Three Rivers Spas through an Indiana limited liability company, Three Rivers Spas LLC. *Ibid.*

5. Three Rivers Spas LLC was a single-member limited liability company, and Michael Black was the single member. *Ibid.*

6. Three Rivers Spas LLC came into existence as a legal entity on April 20, 2005, when the Indiana Secretary of State issued the company's Certificate of Organization. *Ibid.*

7. Three Rivers Spas LLC ceased to exist as a legal entity on November 13, 2008, when the Indiana Secretary of State administratively dissolved the limited liability company. *Ibid.*

8. Despite dissolution of the limited liability company encasing it, Three Rivers Spas continued as a going concern, owned and operated by Michael Black, for nearly two more years, into the first half of 2010. *Murray Declaration at pp. 2-196.*

9. In May 2010, Three Rivers Spas ceased operations. *Murray Declaration at pp. 2-10, 189.*

10. After closing the business, Michael Black liquidated the remaining assets of Three Rivers Spas, and the proceeds went to Tower Bank, the company's largest commercial creditor. *Murray Declaration at pp. 189-196.*

## 941 ASSESSMENTS

11. Pursuant to I.R.C. §§ 6201, 6203, a delegate of the Secretary of the Treasury assessed the 941 Tax[1] itemized in the following table, which relates to the employees of Three Rivers Spas:

| 941 TAX FOR QUARTER ENDING SEPTEMBER 30, 2006 | | |
| --- | --- | --- |
| Assessment Date | Assessment Type | Assessment Amount |
| 10-15-07 | Tax per return. | $11,611.73 |
| 10-15-07 | Penalty for failure to make timely federal tax deposit. I.R.C. § 6656. | $1,161.17 |
| 10-15-07 | Penalty for failure to timely file return. I.R.C. § 6651(a)(1). | $2,612.64 |
| 10-15-07 | Penalty for failure to pay tax per return. I.R.C. § 6651(a)(2)-(3). | $761.52 |
| 11-19-07 | Penalty for failure to make timely federal tax deposit. I.R.C. § 6656. | $424.35 |
| 07-06-09 | Penalty for failure to pay tax per return. I.R.C. § 6651(a)(2)-(3). | $1,485.24 |

*Murray Declaration at pp. 2, 15-21, 82-86, 167-168.*

12. As to the 941 Tax liability for the quarter ending September 30, 2006, Michael Black and Three Rivers Spas submitted to the IRS an offer in compromise,

---

[1] The phrase "941 Tax" refers to the taxes reported on IRS Form 941, entitled "Employer's Quarterly Federal Tax Return" (hereinafter "941 Return"). *See, e.g.,* I.R.C. §§ 3101, 3102, 3111, 3401, 3402, 6071, 6672; Treas. Reg. §§ 31.6011(a)-1, 31-6071(a)-1(a), 31.6302-1. They consist of the amounts withheld from employee paychecks for their anticipated income tax liability, the amounts withheld from employee paychecks for their portion of the tax imposed by the Federal Insurance Contributions Act ("FICA"), and the employer portion of the tax imposed by the Federal Insurance Contributions Act. *Id.* Employers must promptly pay 941 Tax to the United States. *Id.* The payment deadline becomes shorter as the size of an employer's payroll increases (from monthly, to semiweekly, to within one day). *Id.* The filing deadline for 941 Returns is generally 30 to 40 days after the close of each calendar quarter. *Id.*

effective May 7, 2008, which the IRS rejected, effective July 17, 2008.  *Murray Declaration at p. 17*

13.     As to the 941 Tax liability for the quarter ending September 30, 2006, Michael Black and Three Rivers Spas submitted an offer in compromise to the IRS, effective August 15, 2008, which the IRS rejected, effective November 6, 2008.  *Murray Declaration at p. 18*

14.     Pursuant to I.R.C. §§ 6201, 6203, a delegate of the Secretary of the Treasury assessed the 941 Tax itemized in the following table, which relates to the employees of Three Rivers Spas:

| 941 TAX FOR QUARTER ENDING MARCH 31, 2007 | | |
| --- | --- | --- |
| Assessment Date | Assessment Type | Assessment Amount |
| 07-09-07 | Tax per return. | $13,314.54 |
| 7-09-07 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $1,331.45 |
| 07-09-07 | Penalty for failure to timely file return. I.R.C. § 6651(a)(1). | $1,198.31 |
| 07-09-07 | Penalty for failure to pay tax per return. I.R.C. § 6651(a)(2)-(3). | $199.72 |
| 08-13-07 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $665.73 |
| 07-06-09 | Penalty for failure to pay tax per return. I.R.C. § 6651(a)(2)-(3). | $3,074.89 |

*Murray Declaration at pp. 3, 22-28; 87-91, 169-170.*

15.     As to the 941 Tax liability for the quarter ending March 31, 2007, Michael Black and Three Rivers Spas submitted an offer in compromise to the IRS, effective May 7, 2008, which the IRS rejected, effective July 17, 2008.  *Murray Declaration at p. 24.*

16. As to the 941 Tax liability for the quarter ending March 31, 2007, Michael Black and Three Rivers Spas submitted an offer in compromise, effective August 15, 2008, which the IRS rejected, effective November 6, 2008. *Murray Declaration at pp. 24-25.*

17. Pursuant to I.R.C. §§ 6201, 6203, a delegate of the Secretary of the Treasury assessed the 941 Tax itemized in the following table, which relates to the employees of Three Rivers Spas:

| 941 TAX FOR QUARTER ENDING SEPTEMBER 30, 2008 | | |
|---|---|---|
| Assessment Date | Assessment Type | Assessment Amount |
| 07-05-10 | Tax per return. | $11,874.07 |
| 07-05-10 | Penalty for failure to make timely federal tax deposit. I.R.C. § 6656. | $1,187.40 |
| 07-05-10 | Penalty for failure to timely file return. I.R.C. § 6651(a)(1). | $2,671.67 |
| 07-05-10 | Penalty for failure to pay tax per return. I.R.C. § 6651(a)(2)-(3). | $1,246.78 |
| 08-09-10 | Penalty for failure to make timely federal tax deposit. I.R.C. § 6656. | $593.70 |

*Murray Declaration at pp. 4, 37-42, 97-100, 173-174.*

18. Pursuant to I.R.C. §§ 6201, 6203, a delegate of the Secretary of the Treasury assessed the 941 Tax itemized in the following table, which relates to the employees of Three Rivers Spas:

| 941 TAX FOR QUARTER ENDING DECEMBER 31, 2008 | | |
|---|---|---|
| Assessment Date | Assessment Type | Assessment Amount |
| 07-05-10 | Tax per return. | $13,373.64 |

| 941 TAX FOR QUARTER ENDING DECEMBER 31, 2008 | | |
|---|---|---|
| Assessment Date | Assessment Type | Assessment Amount |
| 07-05-10 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $1,337.24 |
| 07-05-10 | Penalty for failure to timely file return. I.R.C. § 6651(a)(1). | $3,009.07 |
| 07-05-10 | Penalty for failure to pay tax per return. I.R.C. § 6651(a)(2)-(3). | $1,203.63 |
| 08-09-10 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $668.63 |

*Murray Declaration at pp. 4, 43-48, 101-104, 175-176.*

19. Pursuant to I.R.C. §§ 6201, 6203, a delegate of the Secretary of the Treasury assessed the 941 Tax itemized in the following table, which relates to the employees of Three Rivers Spas:

| 941 TAX FOR QUARTER ENDING MARCH 31, 2009 | | |
|---|---|---|
| Assessment Date | Assessment Type | Assessment Amount |
| 07-05-10 | Tax per return. | $8,318.86 |
| 07-05-10 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $831.89 |
| 07-05-10 | Penalty for failure to timely file return. I.R.C. § 6651(a)(1). | $1,871.41 |
| 07-05-10 | Penalty for failure to pay tax per return. I.R.C. § 6651(a)(2)-(3). | $582.32 |
| 08-09-10 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $415.94 |

*Murray Declaration at pp. 5, 49-54, 105-108, 177-178.*

20.    Pursuant to I.R.C. §§ 6201, 6203, a delegate of the Secretary of the Treasury assessed the 941 Tax itemized in the following table, which relates to the employees of Three Rivers Spas:

| 941 TAX FOR QUARTER ENDING JUNE 30, 2009 | | |
|---|---|---|
| Assessment Date | Assessment Type | Assessment Amount |
| 07-05-10 | Tax per return. | $11,884.80 |
| 07-05-10 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $1,188.48 |
| 07-05-10 | Penalty for failure to timely file return. I.R.C. § 6651(a)(1). | $1,155.33 |
| 07-05-10 | Penalty for failure to pay tax per return. I.R.C. § 6651(a)(2)-(3). | $308.09 |
| 08-09-10 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $256.74 |

*Murray Declaration at pp. 5, 55-60, 109-113, 179-180.*

21.    Pursuant to I.R.C. §§ 6201, 6203, a delegate of the Secretary of the Treasury assessed the 941 Tax itemized in the following table, which relates to the employees of Three Rivers Spas:

| 941 TAX FOR QUARTER ENDING SEPTEMBER 30, 2009 | | |
|---|---|---|
| Assessment Date | Assessment Type | Assessment Amount |
| 06-28-10 | Tax per return. | $10,280.87 |
| 06-28-10 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $1,028.04 |
| 06-28-10 | Penalty for failure to timely file return. I.R.C. § 6651(a)(1). | $2,313.20 |
| 06-28-10 | Penalty for failure to pay tax per return. I.R.C. § 6651(a)(2)-(3). | $180.93 |
| 08-02-10 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $185.02 |

*Murray Declaration at pp. 6, 61-66, 114-117, 181-182.*

22.     Pursuant to I.R.C. §§ 6201, 6203, a delegate of the Secretary of the Treasury assessed the 941 Tax itemized in the following table, which relates to the employees of Three Rivers Spas:

| 941 TAX FOR QUARTER ENDING DECEMBER 31, 2009 | | |
|---|---|---|
| Assessment Date | Assessment Type | Assessment Amount |
| 07-05-10 | Tax per return. | $9,053.46 |
| 07-05-10 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $905.32 |
| 07-05-10 | Penalty for failure to timely file return. I.R.C. § 6651(a)(1). | $1,629.62 |
| 07-05-10 | Penalty for failure to pay tax per return. I.R.C. § 6651(a)(2)-(3). | $271.60 |
| 08-09-10 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $452.66 |

*Murray Declaration at pp. 6, 67-72, 118-121, 183-184.*

23.     Pursuant to I.R.C. §§ 6201, 6203, a delegate of the Secretary of the Treasury assessed the 941 Tax itemized in the following table, which relates to the employees of Three Rivers Spas:

| 941 TAX FOR QUARTER ENDING MARCH 31, 2010 | | |
|---|---|---|
| Assessment Date | Assessment Type | Assessment Amount |
| 12-13-10 | Tax per return. | $4,574.86 |
| 12-13-10 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $457.47 |
| 12-13-10 | Penalty for failure to timely file return. I.R.C. § 6651(a)(1). | $1,029.34 |
| 12-13-10 | Penalty for failure to pay tax per return. I.R.C. § 6651(a)(2)-(3). | $182.99 |

| 941 TAX FOR QUARTER ENDING MARCH 31, 2010 | | |
|---|---|---|
| Assessment Date | Assessment Type | Assessment Amount |
| 01-31-11 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $228.74 |
| 11-07-11 | Penalty for failure to pay tax per return.  I.R.C. § 6651(a)(2)-(3). | $251.62 |

*Murray Declaration at pp. 7, 73-76, 122-125, 185-186.*

24. Pursuant to I.R.C. §§ 6201, 6203, a delegate of the Secretary of the Treasury assessed the 941 Tax itemized in the following table, which relates to the employees of Three Rivers Spas:

| 941 TAX FOR QUARTER ENDING JUNE 30, 2010 | | |
|---|---|---|
| Assessment Date | Assessment Type | Assessment Amount |
| 12-13-10 | Tax per return. | $5,226.97 |
| 12-13-10 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $522.69 |
| 12-13-10 | Penalty for failure to timely file return.  I.R.C. § 6651(a)(1). | $940.85 |
| 12-13-10 | Penalty for failure to pay tax per return.  I.R.C. § 6651(a)(2)-(3). | $130.67 |
| 01-31-11 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $261.35 |
| 11-07-11 | Penalty for failure to pay tax per return.  I.R.C. § 6651(a)(2)-(3). | $287.49 |
| 09-10-12 | Additional tax assessed. | $8,493.45 |
| 09-10-12 | Penalty for failure to timely file return.  I.R.C. § 6651(a)(1). | $1,698.69 |
| 09-10-12 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $849.34 |
| 11-05-12 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $424.67 |

*Murray Declaration at pp. 7-8, 77-81, 126-128, 187-188.*

## 940 ASSESSMENTS

25. Pursuant to I.R.C. §§ 6201, 6203, a delegate of the Secretary of the Treasury assessed the 940 Tax[2] itemized in the following table, which relates to the employees of Three Rivers Spas:

| 940 TAX FOR YEAR ENDING DECEMBER 31, 2006 | | |
|---|---|---|
| Assessment Date | Assessment Type | Assessment Amount |
| 07-09-07 | Tax per return. | $642.03 |
| 07-09-07 | Penalty for failure to timely file return. I.R.C. § 6651(a)(1). | $144.46 |
| 7-09-07 | Penalty for failure to pay tax per return. I.R.C. § 6651(a)(2)-(3). | $19.26 |
| 03-09-09 | Additional tax per audit. | $4,333.73 |
| 03-09-09 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $433.37 |
| 03-09-09 | Penalty for failure to timely file return. I.R.C. § 6651(a)(1). | $1,083.43 |
| 5-04-09 | Penalty for failure to make timely federal tax deposit.  I.R.C. § 6656. | $216.69 |
| 07-06-09 | Penalty for failure to pay tax per return. I.R.C. § 6651(a)(2)-(3). | $314.60 |

*Murray Declaration at pp. 8-9, 129-136, 144-149.*

26. As to the 940 Tax liability for the year ending December 31, 2006, Michael Black and Three Rivers Spas submitted an offer in compromise to the IRS, effective May 7, 2008, which the IRS rejected, effective July 17, 2008. *Murray Declaration at p. 131.*

---

[2] The phrase "940 Tax" refers to the tax imposed on employers by the Federal Unemployment Compensation Act ("FUTA"), which must be reported each year by filing an IRS Form 940, entitled "Employer's Annual Federal Unemployment Tax Return" (hereinafter "940 Return"). *See, e.g.,* I.R.C. §§ 3301, 3306, 6071, 6157; Treas. Reg. §§ 31.6011(a)-3, 31.6071(a)-1(c), 31.6302(c)-3. Typically, employers must pay 940 Tax to the United States within 30 days after the close of each calendar quarter. *Id.* Employers must file 940 Returns 30 to 40 days after the close of each calendar year. *Id.*

27. As to the 940 Tax liability for the year ending December 31, 2006, Michael Black and Three Rivers Spas submitted an offer in compromise to the IRS effective August 15, 2008, which the IRS rejected, effective November 6, 2008. *Ibid.*

28. Pursuant to I.R.C. §§ 6201, 6203, a delegate of the Secretary of the Treasury assessed the 940 Tax itemized in the following table, which relates to the employees of Three Rivers Spas:

| 940 TAX FOR YEAR ENDING DECEMBER 31, 2008 | | |
|---|---|---|
| Assessment Date | Assessment Type | Assessment Amount |
| 07-12-10 | Tax per return. | $784.00 |
| 07-12-10 | Penalty for failure to timely file return. I.R.C. § 6651(a)(1). | $176.40 |
| 07-12-10 | Penalty for failure to pay tax per return. I.R.C. § 6651(a)(2)-(3). | $58.80 |

*Murray Declaration at pp. 9, 137-143, 150-154.*

### 6721 ASSESSMENT

29. Pursuant to I.R.C. §§ 6201, 6203, a delegate of the Secretary of the Treasury assessed a penalty under I.R.C. § 6721 ("6721 Penalty") for Michael Black and his company's failure to timely file accurate information returns, Form W-2 Wage and Tax Statements ("W-2 Forms"), with the Social Security Administration ("SSA"), showing the wages paid to employees of Three Rivers Spas in 2008:

| 6721 PENALTY FOR YEAR ENDING DECEMBER 31, 2008 | | |
|---|---|---|
| Assessment Date | Assessment Type | Assessment Amount |
| 09-12-11 | Penalty for failure to file information returns. I.R.C. § 6721. | $22,037.07 |

*Murray Declaration at pp. 10-11, 155-165.*

30. This 6721 Penalty is based upon the matching of 941 Returns filed with the IRS to W-2 Forms filed with the SSA. *Murray Declaration at pp. 10-11, 155-165.*[3]  This matching process revealed inconsistent filings with the IRS and the SSA for the year 2008 by Michael Black and Three Rivers Spas. *Ibid.*  With the SSA, Three Rivers Spas did not file any W-2 Forms showing wages paid to employees in 2008. *Ibid.*  With the IRS, the company filed 941 Returns for each quarter of 2008 showing wages paid to employees during the year totaling $220,370.77. *Ibid.*  The penalty assessed, $22,037.07, equals 10% of the difference between $0 on W-2 Forms and $220,370.77 on 941 Returns. *Ibid.*[4]

31. Three Rivers Spas frequently failed to full pay its employment tax obligations, and it frequently failed to file the associated returns in a timely manner. *Murray Declaration at pp. 2-11.*  As a result of this practice, Michael Black and his company accumulated an increasing amount of employment-tax debt over time. *Ibid.*

32. The balance due on Michael Black's employment tax debts, referenced above, with interest and other statutory accruals through November 30, 2019, equals $263,257.49, itemized as follows:

| Tax Type | Period | Ending | Balance |
|---|---|---|---|
| 941 | Quarter | 09-30-06 | $24,767.95 |
| 941 | Quarter | 03-31-07 | $32,222.16 |
| 941 | Quarter | 09-30-08 | $28,276.52 |
| 941 | Quarter | 12-31-08 | $31,352.71 |
| 941 | Quarter | 03-31-09 | $19,157.40 |
| 941 | Quarter | 06-30-09 | $12,730.62 |

---

[3] S*ee* I.R.C. §§ 6721, 6051; Treas. Reg. §§ 301.6721-1, 31.6051–2.

[4] After the 6721 Penalty was assessed, Michael Black filed W-2 Forms with the SSA showing the wages paid to employees of Three Rivers Spas in 2008.

| Tax Type | Period | Ending | Balance |
|---|---|---|---|
| 941 | Quarter | 09-30-09 | $11,559.87 |
| 941 | Quarter | 12-31-09 | $19,728.11 |
| 941 | Quarter | 03-31-10 | $10,273.17 |
| 941 | Quarter | 06-30-10 | $29,507.28 |
| 940 | Year | 12-31-06 | $13,335.86 |
| 940 | Year | 12-31-08 | $407.79 |
| 6721 | Year | 12-31-08 | $29,938.05 |
|  |  | **Total** | **$263,257.49** |

*Murray Declaration at pp. 11, 166.*

## CONCLUSION

The foregoing statement of undisputed material facts is respectfully submitted by the United States.

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Atty. General
Tax Division U.S. Dept. of Justice

*Local Counsel:*

THOMAS L. KIRSCH II
United States Attorney

/s/ L. Steven Schifano
_____
L. Steven Schifano
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
(202) 307-6575 Phone
(202) 514-5238 Fax
L.Steven.Schifano@usdoj.gov
Wisconsin Bar # 1019644
Counsel for the United States

## CERTIFICATE OF SERVICE

I certify that the attached statement of facts has been served this date via electronic court filing upon the following:

>Michael Black
>c/o Atty. Patrick W Thomas

>/s/ L. Steven Schifano
>_____
>L. Steven Schifano, Trial Attorney
>U.S. Department of Justice Tax Division
>P.O. Box 55, Ben Franklin Station
>Washington, D.C. 20044
>(202) 307-6575 Phone
>(202) 514-5238 Fax
>l.steven.schifano@usdoj.gov
>Wisconsin Bar # 1019644
>Counsel for the United States