UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>            Plaintiff,<br><br>      v.<br><br>MICHAEL BLACK,<br><br>            Defendant. | Case No. 1:18-cv-00027-WCL-SLC<br><br>District Judge William C. Lee<br>Magistrate Judge Susan L. Collins |

**PLAINTIFF UNITED STATES' REPLY BRIEF**

In his response, *ECF No. 27*, to the government's motion for partial summary judgment, *ECF No. 24*, Michael Black expressly concedes liability for the Form 940 and Form 941 liabilities in the pending motion:

> The Motion for Partial Summary Judgment filed by the United States on December 30, 2019 contains numerous allegations of tax, penalties, and interest against Michael Black. This response concedes the assessed tax, penalties, and interest for the 941 and 940 taxes and asserts a dispute of material fact regarding the penalty asserted under I.R.C. § 6721(e).

*ECF No. 27 at p. 1.*

To avoid the time and expense of a trial on the factual disputes raised by Michael Black regarding a small portion of the government's claims and to quickly resolve this case, the United States hereby consents to the dismissal with prejudice of its penalty claim under I.R.C. § 6721 and the other claims set forth in its Amended Complaint, *ECF No. 5*, that are not the subject matter of its motion for summary judgment. As a result, the granting of the United States' motion for summary judgment, as modified herein, will resolve all remaining claims asserted by the United States in its Amended Complaint, ECF No. 5.

In accordance with the Northern District of Indiana's CM/ECF Civil and Criminal User Manual at page 6, subsection II(F), the United States has submitted to the Court by electronic mail in Microsoft Word format another proposed judgment that is consistent with this reply.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | RICHARD E. ZUCKERMAN<br>Principal Deputy Assistant Atty. General |
| Wednesday, March 25, 2020 | Tax Division U.S. Dept. of Justice |
| *Local Counsel:* | /s/ L. Steven Schifano<br>_____ |
| THOMAS L. KIRSCH II<br>United States Attorney | L. Steven Schifano<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 55, Ben Franklin Station<br>Washington, D.C. 20044<br>(202) 307-6575 Phone<br>(202) 514-5238 Fax<br>L.Steven.Schifano@usdoj.gov<br>Wisconsin Bar # 1019644<br>Counsel for the United States |

# CERTIFICATE OF SERVICE

I certify that the attached motion has been served this date via electronic court filing upon the following:

> **Michael Black**
> c/o Atty. Patrick W Thomas

I certify that a copy of the proposed judgment, referenced above and delivered to the Court by electronic mail, has been served this date, by depositing a hardcopy in the United States mail, postage prepaid, addressed as follows:

> **Michael Black**
> c/o Atty. Patrick W. Thomas
> Notre Dame Tax Clinic
> 725 Howard Street
> South Bend, Indiana 46617

Wednesday, March 25, 2020

/s/ L. Steven Schifano
_____
L. Steven Schifano, Trial Attorney
U.S. Department of Justice Tax Division
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
(202) 307-6575 Phone
(202) 514-5238 Fax
l.steven.schifano@usdoj.gov
Wisconsin Bar # 1019644
Counsel for the United States